No. 76–1837. PUNTA GORDA ISLES, INC. *v.* LIVESAY ET AL. C. A. 8th Cir. [Certiorari granted, 434 U. S. 954.] Writ of certiorari dismissed under this Court's Rule 60.

May 15, 1978

No. 77–950. COLLECTION CONSULTANTS, INC., ET AL. *v.* TEXAS. Appeal from Ct. Crim. App. Tex. dismissed for want of substantial federal question.

No. 77–6409. CONRAD *v.* COMMERCE BANK OF KANSAS CITY. Appeal from Ct. App. Mo., St. Louis Dist., dismissed for want of substantial federal question.

No. 77–6447. SMITH *v.* ILLINOIS. Appeal from App. Ct. Ill., 5th Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–1616. COUNTY OF LOS ANGELES ET AL. *v.* CHAVEZ-SALIDO ET AL. Appeal from D. C. C. D. Cal. Judgment vacated and case remanded for further consideration in light of *Foley* v. *Connelie,* 435 U. S. 291 (1978).